UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| NATTIE NICOLE WATSON | ) | |
| | ) | CASE NO.  05-11620-WHD |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $20.08 on behalf of CASH CREDIT CORPORATION, who filed claim # 12-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds..

**CERTIFICATE OF SERVICE**

This is to certify that I have this 26th day of February, 2010 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

R. JEFFREY FIELD & ASSOCIATES
342 N. CLARENDON AVE
SCOTTDALE, GA  30079

/s/
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444